## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 1:25-CV-20126-PCH

**AMIN LAKHANI,**

      Plaintiff,

**v.**

**NORDICA CONDOMINIUM
ASSOCIATION, INC.,** *et al.*,

      Defendants.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice [ECF No. 19], filed on February 6, 2025. Accordingly, having reviewed the record and being otherwise duly advised, it is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** as to Defendant Nordica Condominium Association, Inc. pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Miami, Florida, on February 7, 2025.

_____

Paul C. Huck
United States District Judge

CC: All Counsel of Record